

*James F. Schneider*
**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at BALTIMORE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| ALICE R. GRIGGS | ) | |
| | ) | CASE NO. 12-25553 |
|     DEBTOR | ) | |

_____

| | |
|---|---|
| | ) |
| ALICE R. GRIGGS | ) |
| | ) |
|     MOVANT | ) |
| | ) |
| vs. | ) |
| | ) |
| SANTANDER CONSUMER USA | ) |
| THE CORPORATION TRUST INC. | ) |
| 351 WEST CAMDEN STREET | ) |
| BALTIMORE, MD 21201 | ) |
| | ) |
|     CREDITOR/RESPONDENT | ) |

ORDER OF REDEMPTION

    Upon the Debtor/Movant's Motion of Redemption and without any response thereto within the time required, the Court finds as follows:

    ORDERED, that the debtor may redeem the subject property described as 2008 Nissan Sentra, VIN 3N1AB61E48L694480 by paying to the creditor/respondent, Santander Consumer USA on or before the thirtieth (30) day following entry of this Order, the redemption amount of $8,300.00; and it is further

    ORDERED that upon timely receipt of such payment, the creditor/respondent is ordered to cancel its lien of record and surrender the certificate of title in accord with the debtor's

instruction. In the event of the failure of the debtor/movant to pay the redemption amount within such time frame, the automatic stay shall immediately terminate.

CC:  Debtor
     Debtor's Counsel
     Chapter 13 Trustee
     Respondent
     U.S. Trustee

**END OF ORDER**